JS-6

IT IS SO ORDERED.
DATED: JULY 30, 2020

*[signature: Gary Klausner]*

R. GARY KLAUSNER, U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS, | Case No.: 2:20-cv-03077-RGK-PVC |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | [~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |
| LISA E. MORITA, TRUSTEE OF THE MORITA VILA FAMILY DATED JUNE 7, 2013; SCOTT VILA, TRUSTEE OF THE MORITA VILA FAMILY DATED JUNE 7, 2013; BRETTWOOD, INC., A CALIFORNIA CORPORATION; AND DOES 1-10, | Action Filed: April 2, 2020<br>Trial Date:   Not on Calendar |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") action against Lisa E. Morita, Scott Vila, and Brettwood Inc. ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

1

Dated: _____   _____
Hon. R. Gary Klausner
United States District Judge
Central District of California